ERIC ANDREW PEREZ
421 8th Ave #93
New York, NY 10116
experttrainers@icloud.com
929-837-9230

Case: 1:22–cv–01560 JURY DEMAND
Assigned To : McFadden, Trevor N.
Assign. Date : 5/25/2022
Description: Pro Se Gen. Civ. (F-DECK)

Chief Clerk
US DISTRICT COURT
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

RE: Refiling Case 21-cv-04844 in DC District Court ordered by Honorable Judge Caproni S.

District

Dear Chief Clerk:

Plaintiff Perez is the pro se plaintiff in the above-entitled case was filed in US District Court S. District on 5-31-21 electronically. This case was dismissed and on 5-10-2022 siting that this case would not be heard by the S. District because of jurisdiction under the PREP Act requires that all cases be filed in your Court. Plaintiff is submitting each of his motions made in Southern District electronically by emailing the following dockets: 34. 48, 56, 69, 88

| Date | Docket | Description |
|---|---|---|
| 10/04/2021 | 34 | AMENDED COMPLAINT, re: amending 2 Complaint against Astra Zeneca LP, Astrazeneca AB, Astrazeneca UK Limited, Melanie Jay, Michael J. Missa, Mark J. Mulligan, Oxford University, Martina A. Parauda with JURY DEMAND.Document filed by Eric Andrew Perez. Related document: 2 Complaint.(sc) (Entered: 10/04/2021) |
| 11/23/2021 | 48 | RESPONSE TO ASTRA ZENECA OPPOSITION. Document filed by Eric Andrew Perez. (Attachments: # 1 Exhibit)(sc) (Entered: 11/23/2021) |
| 12/27/2021 | 56 | MOTION, re: to declare the unconstitutionality of the PREP ACt. Document filed by Eric Andrew Perez.(sc) (Entered: 12/27/2021) |

| 02/07/2022 | 69 | RESPONSE to Motion, re: 63 MOTION to Dismiss *the Amended Complaint*. Document filed by Eric Andrew Perez. (sc) (Entered: 02/07/2022) |
|---|---|---|
| 05/09/2022 | 88 | LETTER addressed to Judge Valerie E. Caproni from E. Perez, re: "RESPONSE TO AAG FARBER & OXFORD U. PEREZ V. OXFORD UNIVERSITY ET AL." - Plaintiff clearly described the racketeering behaviors of the defendants known and unknown and the coverup of the VAOIG. Furthermore, the plaintiff has reported this case and wrongdoing of the defendants to the Select Committee of the Coronovirus Crisis and received no acknowledgement. Document filed by Eric Andrew Perez.(sc) (Entered: 05/09/2022) |

And Final Orders of Dismissal Judge Caproni and Clerk Krajick

| 05/10/2022 | 89 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 82 Report and Recommendations,, 63 Motion to Dismiss filed by Michael J. Missa, Martina A. Parauda, Melanie Jay. For the foregoing reasons, the Court adopts Judge Lehrburger's R&R in full. Plaintiff's Amended Complaint is dismissed without prejudice to him re-filing it in the proper jurisdiction. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and, therefore, in forma pauperis status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding that appellant demonstrates good faith when seeking review of a non-frivolous issue). The Clerk of Court is respectfully directed to terminate all open motions and close the case. SO ORDERED. (Signed by Judge Valerie E. Caproni on 5/10/2022) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 05/10/2022) |
|---|---|---|
| 05/10/2022 | 90 | CLERK'S JUDGMENT re: 89 Order Adopting Report and Recommendations in favor of Astra Zeneca LP, Astrazeneca AB, Astrazeneca UK Limited, Oxford University, Mark J. Mulligan, Martina A. Parauda, Melanie Jay, Michael J. Missa against Eric Andrew Perez. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 10, 2022, Judge Lehrburger's R&R is adopted in full. Plaintiff's Amended Complaint is dismissed without prejudice to him re-filing it in the proper jurisdiction. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for |

| | | purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding that appellant demonstrates good faith when seeking review of a non-frivolous issue); accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 5/10/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 05/10/2022) |
|---|---|---|

The attorneys on record and defendants are as follows:

**Defendant**

**Oxford University**    represented by    **Christopher Andrew Rojao**
McCarter & English, LLP (NJ)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
973 639 6983
Fax: 973 206 6737
Email: crojao@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Astra Zeneca LP**    represented by    **Alexander Cousins**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-8000
Email: alexander.cousins@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur Edward Brown**
Arnold & Porter Kaye Scholer LLP (NYC)
250 West 55th Street
New York, NY 10019
212-836-8592
Fax: 212-836-6756
Email: ABROWN@KAYESCHOLER.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Mark J. Mulligan**

**Defendant**

**Dr. Martina A. Parauda**                represented by   **David E. Farber**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael J. Missa**                      represented by   **David E. Farber**
*Director VA OIG*                                          (See above for address)
                                                           *ATTORNEY TO BE NOTI*

**Defendant**

**Astrazeneca UK Limited**

**Defendant**

**Dr. Melanie Jay**                       represented by   **David E. Farber**
                                                           DOJ-USAO
                                                           United States Attorney's Office, SDNY
                                                           86 Chambers Street
                                                           3rd Floor
                                                           New York, NY 10007
                                                           212-637-2772
                                                           Fax: 212-637-2702
                                                           Email: david.farber@usdoj.gov
                                                           *ATTORNEY TO BE NOTICED*

Plaintiff Perez has been unable to obtain an expert opinion about his vaccination AZD1222 for the following reasons: 1) Collusion & control by the medical doctors; lawyers; & law enforcement personnel involved whom have unfettered access and control over plaintiff Perez electronically & physically, 2) Specifically redirection and collection of Perez's electronic communications; precisely the redirection of Perez's Google Searches; interception of cell phone & landline calls; interception & redirection of emails & other electronic communications to firms about obtaining a professional opinion, 3) the deliberate involvement of MI5 and other unregistered foreign agents illegally operating in the United States that are known stake holders

and board members of Oxford University & Astra Zeneca, 4) the racketeering and scheme that Perez has been the center of which provides employment; training; property; & shelter for a revolving orchestration of several agents to include Retired FBI agent Joseph A. Pistone a number of private detectives and personnel who have been proven to have illegally incarcerated Perez; defamed his character; acted adversarial towards him; and a covert harassment & intelligence program involving what is known as neureo-mind training & MK Ultra which provides these rats and others with narratives; scripts; & street scenes that allow them to provide a purpose and profession for themselves while exploiting Perez and targeting him as a necessity to receive secret funds and rewards involving cults, science, foreign companies, and homosexual organizations, 5) The targeting of Perez by several foreign executives with direct ties to the BVI British Virgin Islands and their illicit illegal involvement in a number of media companies, clear channel, the DEA, Israel/Germany, and a number of law enforcement entities such as NYS DOCCS and several persons responsible for his illegal incarceration who have been dispatched and claimed jurisdiction over him, 6) the lack of knowledge about COVID 19 and its interactions with the countermeasures deployed against them.

      Plaintiff Perez has satisfied all other requirements and has proven the defendants overt racketeering and cover up to defraud the United States Government. Plaintiff Perez is not applying for IFP status and would like to know how to submit the filing fees & amount. Plaintiff Perez is submitting these documents and executing this case in your Court.

Sincerely, *[signature]*

                Eric Andrew Perez